## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Diane Elaine Cote
825 Kaliste Saloom Road
Brandwine I, Room 218
Lafayette LA 70508


**REHEARING ACTION: February 16, 2011**


**Docket Number: 10   00571-JAC**

**STATE OF LOUISIANA IN THE INTEREST OF G. O.**

**Appealed from Vermilion Parish Case No. 2007 JU 234**


**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Sylvia R. Cooks**
> **Hon. John D. Saunders**
> **Hon. Marc T. Amy**
> **Hon. Elizabeth A. Pickett**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana, Department of Social Services** has this day

been

> **DENIED.**
> Amy, J., would grant rehearing.


cc: Jo Ann Nixon, Counsel for the Appellant
    Bart Allen Broussard, Counsel for the Appellee
    Nicole M. Guidry, Counsel for the Appellee
    Gregory Bryan Dean, Counsel for the Appellee
    Hon. Reule P. Bourque, Counsel for the Appellee